UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 09 B 14567 |
| | CHAPTER 13 |
| DONALD E CAMPBELL | |
| NANCY M CAMPBELL | JUDGE JACQUELINE P COX |
| DEBTORS | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  HARRIS NA

---

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 16 | 72 | 0478 4949 LATROBE | $7,678.80 | $6,000.00 | $6,000.00 |
| Total Amount Paid by Trustee | | | | | $6,000.00 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit      **X**  Direct by the Debtors

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 09-14567-JPC

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 3rd day of June, 2014.

Debtor:
DONALD E CAMPBELL
NANCY M CAMPBELL
4949 S LATROBE AVE
CHICAGO, IL  60638

Attorney:
ZALUTSKY & PINSKI LTD
111 W WASHINGTON #1550
CHICAGO, IL  60602
via Clerk's ECF noticing procedures

Creditor:
HARRIS NA
3800 W GOLF RD #300
CONSUMER LENDING CTR
ROLLING MEADOWS, IL  60008

Mortgage Creditor:
HARRIS NA
3800 W GOLF RD #300
CONSUMER LENDING CTR
ROLLING MEADOWS, IL  60008

Mortgage Creditor:
BAYVIEW LOAN SERVICING
% BAYVIEW ACCEPTANCE CORP
PO BOX 809014
STRONGHURST, IL  61480-9014

Mortgage Creditor:
BAYVIEW LOAN SERVICING
% BAYVIEW BANK
PO BOX 4309
COVINA, CA  91723-4309

Mortgage Creditor:
BAYVIEW LOAN SERVICING
% BAYVIEW CREDIT
PO BOX 4309
COVINA, CA  91723-4309

Mortgage Creditor:
BAYVIEW LOAN SERVICING
% BAYVIEW FINANCIAL LOAN
2601 S BAYSHORE DRIVE 4TH FL
MIAMI, FL  33133

Mortgage Creditor:
BAYVIEW LOAN SERVICING
% IRA T NEVEL
175 N FRANKLIN # 201
CHICAGO, IL  60602

Mortgage Creditor:
BAYVIEW LOAN SERVICING
% THE JUDICIAL SALES CORP
ONE S WACKER DRIVE 24TH FL
CHICAGO, IL  60606-4654

ELECTRONIC SERVICE - United States Trustee

Date:  June 03, 2014

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603